# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re | Case No. 18–31338 |
| Latonia Renae Carter, | Chapter 13 |
|     Debtor. | |

## NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on May 21, 2018 at 09:00 AM

to consider and act upon the following:

*3* – Application to Pay Filing Fee in Installments filed by Richard D. Shinbaum on behalf of Latonia Renae Carter. (Shinbaum, Richard)

Dated May 11, 2018

Juan–Carlos Guerrero
Clerk of Court